# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIANE AMARAL** ) | CASE NO.: |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **PETITION FOR REMOVAL** |
| ) | |
| **WALMART INC. and WALMART REAL** ) | |
| **ESTATE BUSINESS TRUST** ) | |
| ) | |
| **Petitioners/Defendants** ) | June 8, 2021 |

## PETITION FOR REMOVAL

NOW COME the Defendants, WALMART INC. and WALMART REAL ESTATE BUSINESS TRUST hereinafter referred to as "Petitioners" and through their undersigned counsel respectfully petition this Honorable Court as follows:

1. Petitioners are Defendants in a civil action bearing Docket Number WWM-CV21-6022092-S pending in the Connecticut Superior Court, Judicial District of Litchfield at Torrington (hereinafter, the "State Court Action"). The Return Date in the State Court Action is June 15, 2021. A copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A**.

2. The Complaint in this action sounds in negligence. In her Complaint, the Plaintiff alleges that she slipped and fell in the parking lot due to a wet plastic bag causing her to fall to the ground. As a result of this Incident, the Plaintiff claims to have suffered various serious and permanent personal injuries and losses *(please see Complaint, First Count, Paragraphs 6 & 7)*.

3. The permanent injuries and losses claimed by the Plaintiff include; but are not limited to, right shoulder rotator cuff tear, permanent injury to her right shoulder which interferes with her ability to participate in activities, and pain and suffering. In addition, the Plaintiff is also claiming future medical expenses in form of additional treatments to her right shoulder due to her ongoing disability.

4. This action is being removed to the District Court pursuant to Title 28, United States Code §1441(a). In support of this Petition for Removal, the Petitioner respectfully states and represents to the Court as follows:

a. By Complaint dated May 12, 2021, the Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioner Walmart Inc. on May 13, 2021 through the Petitioner's registered agent for service of process. **See, Exhibit A.** Service was accomplished on Petition Walmart Real Estate Business Trust on May 18, 2021 through the Petitioner's registered agent for service of process. **See, Exhibit B.** The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of Litchfield at Torrington.

b. The Plaintiff is a citizen of the State of Connecticut and her permanent residence/domicile is at 52 Pine Knolls Drive, Dayville, Connecticut. **See, Exhibit A,**

c. Petitioner, Walmart Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

d. Petition, Walmart Real Estate Business Trust is a non-governmental corporate entity, specifically, a Delaware trust with its principal place of business in Bentonville, Arkansas. The parent corporation of Walmart Real Estate Business Trust is Walmart Inc. Walmart Inc. is a corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

4. In her Complaint, the Plaintiff alleges that as a result of the subject Incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. She further asserts a claim for future medical expenses, permanent disability, and emotional distress. Thus, the amount in controversy exceeds $75,000 exclusive of interest and costs.

5. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners as outlined above and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6. Venue is proper pursuant to 28 U.S.C. §1391 (a) and (b), because the Plaintiff is a resident within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

7. Pursuant to 28 U.S.C. §1446(d), the Petitioners have on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Certificate of Removal filed with the Superior Court is attached hereto as **Exhibit C**.

**WHEREFORE,** based upon the foregoing, the Petitioner respectfully requests that the State Court Action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Windham at Putnam, be discontinued.

Respectfully submitted,
DEFENDANTS/PETITIONERS,
WALMART, INC. & WALMART REAL
ESTATE BUSINESS TRUST

By: /s/ *Janice D. Lai, Esq.*
Janice D. Lai, Esq.  (ct12135)
Freeman, Mathis & Gary LLP
CityPlace II
185 Asylum Street, 6th Floor
Hartford, CT 06103
Phone: 959.202.4943
janice.lai@fmglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 8, 2021 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Ralph Monaco, Esq.
    Conway, Londregan, Sheehan & Monaco
    38 Huntington Street
    P.O. Box 1351
    New London, CT  06320
    *Attorney for Plaintiff*

    /s/ *Janice D. Lai, Esq.*
    Janice D. Lai, Esq. (ct12135)