# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
05/13/2021
CT Log Number 539552401

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Connecticut**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Amaral Diane, Pltf. vs. Walmart, Inc and Wal-Mart Real Estate Business Trust, Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Instructions, Complaint, Statement |
| **COURT/AGENCY:** | Windham Superior Court Judicial District, CT<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 09/10/2020 - 450 Providence Road, Brooklyn, CT, 06234 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/13/2021 at 13:30 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after the return date 06/15/2021 |
| **ATTORNEY(S) / SENDER(S):** | Ralph J. Monaco<br>Conway, Londregan, Sheehan, & Monaco P.C.<br>38 Huntington Street<br>New London, CT 06320<br>860-447-3171 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/14/2021, Expected Purge Date: 05/19/2021<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service Of Process ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of 2 / DP

 **CT Corporation**

**Service of Process Transmittal**
05/13/2021
CT Log Number 539552401

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Connecticut**

**FOR:** WALMART INC.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

## Business Inquiry

### Business Details

| | |
|---|---|
| Business Name: | WALMART INC. |
| Business ID: | 0252499 |
| Business Address: | 702 SW 8TH ST., BENTONVILLE, AR, 72716, USA |
| Mailing Address: | 702 SW 8TH ST., BENTONVILLE, AR, 72716, USA |
| Date Inc/Registration: | Sep 05, 1990 |
| Annual Report Due Date: | 09/29/2021 |
| NAICS Code: | Retail Trade (45) |
| Citizenship/State Inc: | Foreign/DE |
| Last Report Filed Year: | 2020 |
| Business Type: | Stock |
| Business Status: | Active |
| Name in State of INC: | WALMART INC. |
| NAICS Sub Code: | Warehouse Clubs and Supercenters (452311) |

### Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| C. DOUGLAS MCMILLON PRESIDENT, CEO, DIRECTOR | 702 SW 8TH ST., BENTONVILLE, AR, 72716, USA | 702 SW 8TH ST., BENTONVILLE, AR, 72716, USA |
| M. BRETT BIGGS EVP, SVP, CFO | 702 SW 8TH ST., BENTONVILLE, AR, 72716, USA | 702 SW 8TH ST., BENTONVILLE, AR, 72716, USA |
| RACHEL BRAND EVP, SECRETARY | 702 SW 8TH ST., BENTONVILLE, AR, 72716, USA | 702 SW 8TH ST., BENTONVILLE, AR, 72716, USA |

IMPORTANT: There are more principals for this business that are not shown here.

View All Principals(12)

### Agent Summary

| | |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Agent Business Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 |
| Agent Residence Address | NONE |
| Agent Mailing Address | NONE |

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 155 Church Street, Putnam, CT  06260 | (860) 928-7749 | June 15, 2021 |

| ☒ Judicial District  ☐ Housing Session | G.A. Number: | At (City/Town): Putnam | Case type code (See list on page 2) Major: T  Minor: 03 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented | Juris number |
|---|---|
| Conway, Londregan, Sheehan & Monaco, P.C., 38 Huntington Street, New London, CT  06320 | 010792 |

Telephone number: (860) 447-3171

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes   ☒ No

| Parties | Name (Last, First, Middle Initial) and address of each party | |
|---|---|---|
| First plaintiff | Name: Diane Amaral  Address: 52 Pine Knolls Drive, Dayville, CT  06241 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: Walmart, Inc.  Address: c/o CT Corporation System 67 Burnside Avenue, East Hartford, CT  06108-3408 | D-01 |
| Additional defendant | Name: Walmart Real Estate Business Trust  Address: c/o CT Corporation System 67 Burnside Avenue, East Hartford, CT  06108-3408 | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

Total number of plaintiffs:     Total number of defendants:     ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**
1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date | Signed | ☒ Commissioner of Superior Court  ☐ Clerk | Name of person signing: Ralph J. Monaco |
|---|---|---|---|
| 05/12/2021 | | | |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date
A TRUE COPY ATTEST
KEITH D. NIZ ANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON
Docket Number

I certify I have read and understand the above.
Signed (Self-represented plaintiff)   Date

Print Form    Page 1 of 2    Reset Form

### Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

    Do **not** use this summons for the following actions:
    - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
    - (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
    - (c) Applications for change of name
    - (d) Probate appeals
    - (e) Administrative appeals
    - (f) Proceedings pertaining to arbitration
    - (g) Summary Process (Eviction) actions
    - (h) Entry and Detainer proceedings
    - (i) Housing Code Enforcement actions

### Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | | | |
| | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | | | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| | | | | T 40 | Assault and Battery |
| Housing | H 10 | Housing - Return of Security Deposit | | T 50 | Defamation |
| | H 12 | Housing - Rent and/or Damages | | T 61 | Animals - Dog |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 69 | Animals - Other |
| | H 50 | Housing - Administrative Appeal | | T 70 | False Arrest |
| | H 60 | Housing - Municipal Enforcement | | T 71 | Fire Damage |
| | H 90 | Housing - All Other | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE: JUNE 15, 2021 | : | SUPERIOR COURT |
| DIANE AMARAL | : | J.D. OF WINDHAM |
| VS. | : | AT WINDHAM |
| WALMART, INC and WAL-MART REAL ESTATE BUSINESS TRUST | : | MAY 12, 2021 |

## COMPLAINT

1. At all times relevant hereto, the **Plaintiff, Diane Amaral,** was and is a resident of Dayville, Connecticut.

2. The **Defendant, Walmart, Inc.**, at all relevant times hereto, was and is a Connecticut foreign corporation, incorporated in the State of Delaware, and licensed to transact business in the State of Connecticut, and was the owner and/or exclusive manager in possession and control of the property located at 450 Providence Road, Brooklyn, CT 06234.

3. The **Defendant, Wal-mart Real Estate Business Trust,** at all relevant times hereto, was and is a foreign Trust owning property located at 450 Providence Road, Brooklyn, CT 06234 (hereinafter "subject property").

4. On or about September 10, 2020, at approximately 5:20 pm the Plaintiff was a business invitee of Walmart, Inc. and/or Wal-mart Real Estate Business Trust, and was attempting to exit the store on the subject property and enter the parking area, whereupon she slipped on a wet plastic bag, causing the injuries and damages as hereinafter set forth.

1

5.      The Defendants, Walmart, Inc. and/or Wal-mart Real Estate Business Trust, through their agents, employees, and/or representatives was/were negligent and careless in one or more of the following respects in that it:

   a.   Failed to clean their property in a timely manner to remove dangerous debris;

   b.   Failed to remove a foresaid plastic bag after it had existed for unreasonable amount of time;

   c.   Failed to adequately warn invitees of the unreasonably dangerous conditions;

   d.   Allowed the aforesaid dangerous condition to exist in a commonly used area for an unreasonably long period of time when it knew, or in the exercise of reasonable care, should have known of the existence unreasonably dangerous condition, and yet failed to fix the same;

   e.   Allowed the defective and unreasonably dangerous condition to exist for such a period of time that it knew or should have known that a patron could be injured;

   f.   Failed to inspect or otherwise examine its property in order to identify safety hazards and/or code violations such as the one described herein on the subject premises;

   g.   Failed to adequately staff its store regarding timely removal of debris from the ground so that it could safely maintain the property; and

   h.   Engaged in a mode of operation that allowed patrons to use plastic bags, when they are prohibited from retail use in Connecticut, and knew or should have known that their use created an unreasonable danger if left on the ground.

6.      As a direct and proximate result of the negligence and carelessness of the Defendant, as aforesaid, the Plaintiff fell hard to the ground sustaining an injury to her right

2

shoulder with rotator cuff tear. Furthermore, to treat these injuries, the Plaintiff was placed upon a substantial program of physical therapy and was prescribed various types of medication. The injuries sustained by the Plaintiff will necessitate further care and are permanent in nature. Moreover, it is likely that the injuries to the Plaintiff will be the source of continuing pain and disability. In addition, she suffered and will continue to suffer in the future great physical and mental pain and has been and will in the future be unable to participate in many of the activities in which he engaged prior to said incident.

7. As a further direct and proximate result of the negligence and carelessness of the Defendant, as aforesaid, the Plaintiff was required to spend substantial sums of money for medical care, services, treatment, x-rays, drugs and other treatment necessitated by her injuries.

3

**WHEREFORE,** the Plaintiff respectfully prays for:

1. Fair, just and reasonable compensatory damages; and
2. Such other relief as the Court may deem equitable.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF, DIANE AMARAL

By: _____

Ralph J. Monaco, Esq.
Of Conway, Londregan, Sheehan &
Monaco, P.C.
Her Attorneys

A TRUE COPY ATTEST

KEITH D. NIZANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

4

| | | |
|---|---|---|
| **RETURN DATE:** JUNE 15, 2021 | : | **SUPERIOR COURT** |
| **DIANE AMARAL** | : | **J.D. OF WINDHAM** |
| **VS.** | : | **AT WINDHAM** |
| **WALMART, INC and WAL-MART REAL ESTATE BUSINESS TRUST** | : | **MAY 12, 2021** |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is greater than FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF, DIANE AMARAL

By: _____
Ralph J. Monaco, Esq.
Of Conway, Londregan, Sheehan & Monaco, P.C.
Her Attorneys

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

CONWAY, LONDREGAN, SHEEHAN & MONACO, P.C.
ATTORNEYS AT LAW
38 HUNTINGTON ST. P.O. BOX 1351 NEW LONDON, CT 06320 (860) 447-3171
JURIS # 10792

5